

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**

**FORT WORTH**

## NO. 02-13-00076-CV

IN RE DANIEL JOSEPH SMITH                                                                                          RELATOR

------------

ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered "Relator's Motion To Withdraw Petition For Writ Of Mandamus."  It is the court's opinion that the motion should be granted. Accordingly, relator's petition for writ of mandamus is dismissed as moot.

PER CURIAM

PANEL:  DAUPHINOT, J.; LIVINGSTON, C.J.; and MCCOY, J.

DELIVERED:  March 21, 2013

------------

[1]*See* Tex. R. App. P. 47.4.